# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Vs.<br>**Skylynn Jaime Leia Burroughs**<br>**Justin Blake Lowrey** | **CRIMINAL** COMPLAINT<br><br>Case Number: 2:21-mj-1289 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 17, 2021** in **Kenedy** County, in the
(Date)

Southern District of Texas, defendant, **Skylynn Jaime Leia Burroughs**
**Justin Blake Lowrey**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Joe Gonzalez**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant
**Joe Gonzalez**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

October 18, 2021                                                     at          Corpus Christi, Texas
Date                                                                              City and State

**Mitchel Neurock U.S. Magistrate Judge**
Name and Title of Judicial Officer                                    Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On October 17, 2021, at approximately 9:20 a.m., a black in color Chevrolet Traverse approached the primary inspection lane at the United States Border Patrol Checkpoint near Sarita, Texas. As the vehicle approached the Border Patrol Agent working primary, the Border Patrol Canine Handler advised the agent to stop the Traverse because his service canine had alerted to it. When the vehicle stopped, the agent looked into the back seat and cargo area. There, the agent could see two baby seats without any babies, blankets, sheets and pillows. Based on experience from recent smuggling events, empty child seats and bedding are often used to conceal illegal aliens. The agent asked the driver, later identified as Skylynn Jaime Leia BURROUGHS, for consent to check the back seat area, and she granted consent. The agent looked through the open left rear window and saw a human form wrapped in a bed sheet. The agent reached into the window and grabbed what was believed to be the head of a person. After grabbing the human form, the agent assessed it to be a human head. The agent instructed both BURROUGHS and the passenger, later identified as Justin Blake LOWREY, to place their hands on the steering wheel and dashboard of the vehicle. Both BURROUGHS and LOWREY were placed under investigative detention, removed from the vehicle, and escorted into the checkpoint. The vehicle was driven to the secondary area by a Border Patrol Agent. Once in secondary, a search of the vehicle revealed a person wrapped in a bed sheet on the rear floorboard, three concealed with bedding in the third row of seats, and one in the rear cargo area concealed with a sheet. Agents determined all the concealed people are citizens and nationals of El Salvador, Mexico, Honduras, and Guatemala unlawfully present in the United States. All subjects were placed under arrest and escorted inside the checkpoint for further processing.

**MIRANDA RIGHTS WARNING:**
All subjects were read their rights in their preferred language and signed accordingly that they understood their rights. BURROUGHS and the five illegal aliens declined to make a statement without the presence of a lawyer.

**Defendant: Justin Blake LOWREY**
LOWREY stated he knew he and BURROUGHS were going to pick up illegal aliens, and they were going to be paid. LOWREY stated he needed the money but didn't know how much he and BURROUGHS were going to be paid. LOWREY stated he and BURROUGHS were going to split the money. LOWREY stated BURROUGHS made all arrangements. LOWREY stated he and BURROUGHS stopped at two different unknown locations to pick up illegal aliens. LOWREY stated he and BURROUGHS both concealed the illegal aliens with child seats and bedding. LOWREY stated he had taken all the cell phones from the illegal aliens and placed them in the center console of the Traverse.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Justin Blake LOWREY and Skylynn Jaime Leia BURROUGHS for prosecution of 8 USC 1324, Alien Smuggling. Hugo Armando OLVERA-Olvera and Jaime Ernesto AREVALO-Olivar will be held as Material Witnesses.

Joe Gonzalez
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day October 18, 2021.

Mitchel Neurock
United States Magistrate Judge